UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES R. MACAYEAL,

                Plaintiff,

-against-

MEDLEY MANAGEMENT, INC.; MEDLEY GROUP, LLC; BROOK TAUBE; SETH TAUBE; B. TAUBE 2014 ASSOCIATES, LLC; S. TAUBE 2014 ASSOCIATES, LLC; BROOK TAUBE TRUST; SETH & ANGIE TAUB TRUST; A. TAUBE ASSOCIATES, LLC; JEFFREY TONKEL; PERCY HOLDINGS, LLC; RICHARD ALLORTO; JOHN FREDERICKS; SAMUEL ANDERSON; CHRISTOPHER TAUBE; ANGELIC DIAZ TAUBE,

                Defendants.

22-CV-10907 (VSB)

ORDER OF SERVICE

---

VERNON S. BRODERICK, United States District Judge:

    Plaintiff, who is an attorney proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses for all Defendants.

    Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Dated:  02/15/2023
          New York, New York

                                                _____
                                                VERNON S. BRODERICK
                                                United States District Judge